MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile: 415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 11-03274 MEJ |
|     Plaintiff, ) | |
| v. ) | SETTLEMENT AGREEMENT |
| APPROXIMATELY $13,640 IN UNITED STATES CURRENCY, ) | |
|     Defendants. ) | |

The parties stipulate and agree as follows:

    1.    Plaintiff is the United States of America ("United States"). Defendants are $10,040 in United States Currency ("defendant $10,040") and $3,600 in United States Currency, ("defendant $3,600," collectively the "defendant currency"). After proper notification and publication was given, Bruce Rossignol was the only party to file a claim. As such, Bruce Rossignol is the only claimant in this action. The United States and Rossignol are hereafter referred to as the "parties" in this document, which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

///

2. The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties.

3. The parties further agree that this Settlement Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

4. Rossignol does not contest that sufficient evidence exists to establish forfeiture of $5,080 of the defendant $10,040 and $1,860 of the defendant $3,600 (plus all interest accrued on those amounts) pursuant to Title 21, United States Code, Section 881(a)(6), and consents to its forfeiture to the United States without further notice to him. Rossignol relinquishes all right, title and interest in the defendant currency and agrees that said currency shall be forfeited to the United States and disposed of according to law by the United States.

6. The United States and Rossignol agree that each party shall pay its own attorneys' fees and costs.

7. Rossignol, his heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure, forfeiture, or restraint of the defendant currency, or any of the acts referred to in the Complaint for Forfeiture.

///
///
///
///
///
///

SETTLEMENT AGREEMENT
CV 11-03274 MEJ                     2

8. Based on the foregoing Settlement Agreement between the United States and Rossignol, the Parties agree that, subject to the Court's approval, this action be and hereby is DISMISSED and that the proposed JUDGMENT OF FORFEITURE which is submitted with this Settlement Agreement be entered.

IT IS SO STIPULATED:

Dated: 5/26/12

MELINDA HAAG
United States Attorney

_____
DAVID COUNTRYMAN
Assistant United States Attorney

Dated: 5/25/12

_____
JAMES M. SILVA, ESQ.
Attorney for Bruce Rossignol

Dated: 5/25/12

_____
BRUCE ROSSIGNOL
Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS DAY OF ___May 30___, 2012.

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

SETTLEMENT AGREEMENT
CV 11-03274 MEJ                    3